UNITED STATES DISTRICT COURT
FOR
THE EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Brandon Sobotta                                        Docket No. 1:19CR112-002

Addendum to
Petition on Supervised Release
Filed on October 27, 2020

Subsequent to the petition submitted to Your Honor on October 26, 2020, it is alleged that the defendant is again in violation of his supervised release, as follows:

**MANDATORY CONDITION:**   COMMISSION OF A CRIME: DRIVING WHILE INTOXICATED SECOND OFFENSE WITHIN FIVE TO TEN YEARS.

On December 12, 2020, Mr. Sobotta was arrested and charged with Driving While Intoxicated Second Offense Within Five to Ten Years in Prince William County, Virginia. The matter is scheduled to be heard before the Prince William County General District Court on February 17, 2021. On December 13, 2020, the defendant was released on bond.

The offense report stated that on December 12, 2020, Prince William County Officer S. Kuhn observed a vehicle leave the roadway and cross the lane lines three or more times. As Officer Kuhn closed the distance on the vehicle, it swerved into the opposite lane of travel.

According to the offense report, Officer Kuhn approached the vehicle and identified the driver as Mr. Sobotta. The report reflects Mr. Sobotta displayed red glassy eyes and that an odor of alcohol was detected. Officer Kuhn noted Mr. Sobotta was unsteady on his feet when he exited the car and admitted to drinking over the last 5 hours.

The offense report revealed Mr. Sobotta did not complete the Standardized Field Sobriety Test satisfactorily and his preliminary breathalyzer test was .17, on scene, and .12 at the detention center.

**STANDARD CONDITION #7:**   USE OF COCAINE.

On December 9, 2020, Mr. Sobotta submitted a urine specimen that tested positive for Cocaine. The sample was sent to Alere Toxicology Services and confirmation is pending.

ORDER OF COURT

Considered and ordered this 28th day of Dec, 2020, that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.

_____
The Honorable Liam O'Grady
Senior United States District Judge
DAG/nrl

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2020

Joanne E. Marden
Digitally signed by Joanne E. Marden
Date: 2020.12.28 11:40:10 -05'00'

*for* Duane A. Gilliam
Senior U.S. Probation Officer
703-366-2123

Place: Manassas, Virginia